**Raymond TOWLES, Plaintiff/Appellant,**

v.

**Patricia A. TOWLES, Defendant/Respondent.**

**No. 59474.**

Missouri Court of Appeals, Eastern District, Division One.

Oct. 15, 1991.

Thomas Phipps, Florissant, for plaintiff/appellant.

Alan Agathen, Clayton, for defendant/respondent.

**ORDER**

Husband appeals the award of maintenance and division of property in a dissolution decree. We affirm. The trial court's judgment is supported by substantial evidence, no error of law appears, and an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth our reasons for affirming the trial court's judgment pursuant to Rule 84.16(b).